3

SHERI L. CARELLO, Bar No. 173498
Trustee in Bankruptcy
PO Box 22527
Sacramento, CA 95822-0527
(916) 444-8149

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In Re:

ROBERT AND TRISTAN KITAY

Debtors.

Case No. 13-20645-B-7
Motion Control No. SLC-2

DATE: March 25, 2014
TIME: 9:32 a.m.
COURTROOM: 32
JUDGE: Holman

**TRUSTEE'S MOTION FOR AUTHORITY TO SELL ESTATE'S INTERESTS IN AND TO THE LAW OFFICE OF ROBERT KITTY, P.C. AND THE LAW OFFICE OF ROBERT KITTY (SOLE PROPRIETORSHIP)**

The Motion of SHERI L. CARELLO, as Trustee of the estate of the above-named debtor respectfully represents:

1. That movant is the duly elected, qualified and acting Trustee of the estate of the above-named debtor.

2. Jurisdiction for the filing of this Motion exists pursuant to U.S.C. sections 157 and 1334, 11 U.S.C. 363(b), and the reference to this bankruptcy court by the United States District Court for the Eastern District of California.

2. That movant has, as such Trustee, possession of the following asset belonging to the debtor:  All the estate's right, title and interest, if any, in and to the Law Offices of Robert KITAY, P.C. and the Law Office of Robert KITAY (Sole Proprietorship) and related business assets. The Trustee is selling all rights, titles and interests, if any, in all assets related to both law offices, including, all office equipment, accounts receivables, all pending cases, personal injury actions, all lawsuits in which the Debtor is a plaintiff, and all small claims court judgments back to the debtor, Robert Kitay ("Buyer") for the sum of $17,000.00.

1

3. That it is in the best interest of the estate that said asset be sold in that it will generate cash for the estate and said sale is for the fair market value.

4. The terms of the sale are as follows:

a. The sale of the Sale Assets is subject to court approval and potential overbidding;

b. The purchase price (the "Purchase Price") will be Seventeen Thousand Dollars ($17,000.00), plus the additional amount, if any, required from Buyer as the successful bidder at the hearing on this Motion;

c. Buyer has delivered a down payment of $5,000.00 to the Trustee (the "Down Payment"), which shall be held by the Trustee pending court approval of the Motion. If Buyer is the successful high bidder at the hearing on this Motion, the balance of the Purchase Price will be paid in six monthly installments of $2,000.00 beginning in March, 2014.

d. The Sale assets are being sold, "AS IS", "WHERE IS", "WITH ALL FAULTS" without any express or implied warranty or representation by the Trustee or the Estate with respect to ownership or condition of Sale Assets, including without limitation, any warranty or representation as to the extent of the Estate's ownership interests in the Sale Assets, or the condition of the Sale Assets.

e. The Sale Assets shall be subject to any and all liens and encumbrances thereon, known or unknown. Buyer shall release and waive the Trustee and the Estate from any liability or claim related to the Sale Assets and shall rely solely on his own knowledge of the Sale Assets in his election to purchase the Sale Assets under this Agreement;

f. If the Buyer is outbid at the hearing on this Motion to approve the sale, Trustee shall refund Buyer's $5,000.00 deposit upon the closing of the sale with the successful over bidder. If the successful over bidder fails to timely close the sale, Buyer shall remain obligated to purchase Sale Assets for the Purchase Price, or any higher bid for the Sale Assets made by Buyer at the hearing on this Motion.

The sale of the Sale Assets at the proposed Purchase Price is subject to overbidding at the hearing to approve this Motion. Buyer shall have the right, but not the obligation, to participate in any such overbidding, which may result in an increase in the amount of the Purchase Price. The Trustee proposes the following terms for overbidding on the Sale Assets:

    a. Any person or entity wishing to bid on the Sale of Assets shall be required to first become a qualified over bidder ("Qualified Over bidder");

    b. Any person or entity wishing to become a Qualified Over bidder must be a licensed attorney and no later than two (2) business days prior to the hearing on this Motion, deliver to the Trustee a refundable deposit in the amount of $5,000.00 (the "Over Bidder Deposit"), in the form of a cashier's check or money order made payable to "Sheri L. Carello, Chapter 7 Trustee of Robert Kitay Bankruptcy Estate", which will be applied to the purchase price for the Sale Assets if the over bidder is the successful purchaser following the hearing on the Motion;

    c. The Trustee proposes that the initial overbid by a Qualified Bidder be greater than $17,000.00, with successive overbids in increments of $500.00 or greater and/or that the court give consideration to all cash offers.

WHEREFORE, Trustee requests that the court approve the proposed sale of the Sale Assets set forth in the Agreement and authorize the Trustee to act in accordance with the terms of the Agreement as set forth above.

DATED: 3/10/14

_____
SHERI L. CARELLO, Trustee


Agreement accepted by Robert Kitay

BY: _____
Anthony Hughes, Attorney for Debtor

3